UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
PIRS CAPITAL, LLC, :
:
                           Plaintiff, :                           23-CV-0091 (JMF)
:
     -v-                                       :                              ORDER
:
:
ARNOLD'S OFFICE FURNITURE, LLC f/k/a :
ARNOLD'S USED OFFICE FURNITURE, LLC, et al., :
:
                           Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On January 19, 2023, the parties filed a motion to stay this case pending arbitration of their disputes. *See* ECF No. 12. The motion to stay this case pending arbitration is GRANTED.

        Plaintiff, unopposed by Defendants, also requests "that the names of PIRS's members be redacted from view from the public docket for purposes of protecting the identity of PIRS's individual members." *Id.* at 2. It is well established that there is a presumption in favor of public access to judicial documents. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006). The party or parties seeking to maintain information filed under seal — here, the Plaintiff — bears "the burden . . . to demonstrate that the interests favoring non-access outweigh those favoring access." *United States v. Amodeo*, 44 F.3d 141, 148 (2d Cir. 1995).

        Plaintiff does not meet their burden, as the need to "protect[] the identity of PIRS's individual members," without further justification, is clearly insufficient to defeat the presumption of public access to the relevant information, which was necessary for the Court to confirm its subject-matter jurisdiction. Accordingly, the request to redact the names of PIRS's members is DENIED.

        The Clerk of Court is directed to terminate ECF No. 12. As there is no reason to keep the case open pending the arbitration, the Clerk is also directed to administratively close the case without prejudice to either party moving by letter motion to reopen the case within thirty days of the conclusion of the arbitration proceedings.

        SO ORDERED.

Dated: January 20, 2023                            _____
       New York, New York                          JESSE M. FURMAN
                                                                  United States District Judge